IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal Case No. 5:14-CR-00160-M
Civil Case No. 5:25-CV-00062-M

SAMUEL NEAL STRICKLAND,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

This matter comes before the court on Defendant's pro se motion pursuant to 28 U.S.C. § 2255. [DE 104]. Defendant requests an evidentiary hearing, alleging that (1) he did not sign his previous § 2255 petition; (2) his previous attorney refused to reimburse Defendant's mother for attorney's fees; and (3) he has discovered new evidence that warrants relief. *Id.* at 1–2.

If a defendant has already filed on motion for collateral relief to vacate, set aside, or correct a sentence, "a second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals." 28 U.S.C. § 2255(h).

On March 25, 2016, Defendant filed his first motion pursuant to 28 U.S.C. § 2255. [DE 83]. The court dismissed the petition on November 15, 2016. [DE 92]. Defendant has not subsequently obtained a certification from the Fourth Circuit Court of Appeals to file a second §

2255 petition, so the pro se motion [DE 104] is DISMISSED.

SO ORDERED this \_\_\_12th\_\_\_ day of February, 2025.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE