IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-CR-00160-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL NEAL STRICKLAND,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion. DE 110. Though styled as a Rule 60(b) Motion to "Amend a Copy of Payment," Defendant seeks an evidentiary hearing concerning a retainer he paid to his attorney, Katryna L. Spearman, in 2020. *Id.* He alleges that Ms. Spearman accepted the payment but failed to adequately represent Defendant. *Id.* A closed criminal case is an inappropriate venue for such a hearing. If Defendant believes he suffered damage as a result of his attorney's professional negligence, the remedy is a suit for malpractice or for breach of contract. *See Universal Film Exch., Inc. v. Lust*, 479 F.2d 573, 577 (4th Cir. 1973). Accordingly, his motion is DENIED.

SO ORDERED this 17th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE